UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: § CASE NO 11-81513-TC
§
JEFFREY ARNOLD HALL §
AND MELBA JO HALL § Chapter 7
§
Debtor §
§ NO FEE REQUIRED TO
§ ENFORCE PRIOR ORDER
JEFFREY ARNOLD HALL § INCLOSED CASE
AND MELBA JO HALL §
Petitioner §
§
vs. §
§
CHASE HOME FINANCE LLC §
§
Respondent §

**FILED MAY 14 2012** — THERESE BUTHOD, CLERK, United States Bankruptcy Court, Eastern District of Oklahoma

## MOTION FOR CONTEMPT SANCTIONS FOR VIOLATION OF DISCHARGE ORDER

Jeffrey Arnold Hall and Melba Jo Hall, the debtors and movants herein, requests the Court for a determination that the respondent CHASE HOME FINANCE LLC be held in contempt of the orders of this Court for violation of the discharge entered in this case on January 11, 2012. Various unknown agents of CHASE HOME FINANCE LLC, a former creditor of Jeffrey Arnold Hall and Melba Jo Hall in this bankruptcy, have repeatedly telephoned the debtors attempting to collect a debt that has already been discharged. These agents have refused to identify themselves. The subject former debt was included in the schedules which were filed in this case. The respondent bank is flagrantly ignoring this Court's discharge order. By ignoring and continuing to ignore this Court's order, the agents of the respondent bank's actions are contemptuous of the respect and dignity of this Court.

1

.. Jeffrey Arnold Hall and Melba Jo Hall moves this Court for an order and a finding by this court of such sanctions against the respondent bank (and any individual agents of the bank that can be identified) for civil and criminal contempt as this court shall see fit to impose including fine or imprisonment, and civil sanctions including actual damages, exemplary damages, attorney fees and costs of court. A judgment awarding punitive damages and judgment for attorney fees and costs of court is authorized on a finding of willful disregard of the duly noticed imposition of the automatic stay. See Loyola v. McCarty, 234 B.R. 386 (1999§.

WHEREFORE, the Debtor, Jeffrey Arnold Hall and Melba Jo Hall pray that the Court order the following relief:

1. Issuance of an order directing CHASE HOME FINANCE LLC to appear and show cause why she should not be held in contempt of this court and suffer the appropriate civil and criminal penalties;

2. Judgment for money damages in favor of JEFFREY ARNOLD HALL and MELBA JO HALL and against CHASE HOME FINANCE LLC for actual damages, costs of court, a reasonable attorney's fee, and an award of exemplary damages for the sake of example and to deter such conduct in the future.

Respectfully submitted,

*/s/ Jeffrey Arnold Hall*
*/s/ Melba J. Hall*
JEFFREY ARNOLD HALL
MELBA JO HALL

Debtors and Petitioners

PO Box 60189
Oklahoma City, OK 73146

## DECLARATION IN SUPPORT OF DEBTOR'S MOTION FOR CONTEMPT SANCTIONS FOR VIOLATION OF DISCHARGE ORDER

I, Jeffrey Arnold Hall and I, Melba Jo Hall, declare as follows:

1. We are the debtors and movant in the above entitled and styled action.

2. All of the statements contained in the attached Motion For Contempt Sanctions For Violation Of Discharge Order are true and correct to the best of our information and belief.

I declare under penalty of perjury that the foregoing is true and correct, and

That this declaration was executed on May 14, 2012..

JEFFREY ARNOLD HALL
AND MELBA JO HALL, Declarants

# CERTIFICATE OF SERVICE

I, Jeffrey Arnold Hall and Melba Jo Hall declare under penalty of perjury that on May 14, 2012, a copy the foregoing MOTION FOR CONTEMPT SANCTIONS FOR VIOLATION OF DISCHARGE ORDER was served by sending a true and correct copy to each party mailing by enclosing same in an envelope with first class postage prepaid and addressed as follows:

CHASE HOME FINANCE LLC
3415 Vision Drive
Columbus, OH  43219
Creditor and Respondent

Charles Greenough, Trustee
McAfee & Taft
1717 South Border, Suite 900
Tulsa, OK  74119

/s/ Jeffrey Arnold Hall     /s/ Melba J. Hall
JEFFREY ARNOLD HALL AND MELBA JO HALL
Debtors and Petitioner

4