Local Form 20A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In Re:  
Jeffrey Arnold Hall  
Melba Jo Hall  
  Debtor(s),

Case No. 11-81513  
Chapter 7

FILED
at ___ O'clock & ___ min ___ M.
JUN 0 4 2012
THERESE BUTHOD, CLERK
United States Bankruptcy Court
Eastern District of Oklahoma

## NOTICE OF MOTION
## NOTICE OF DEADLINE TO FILE OBJECTION TO MOTION
## AND NOTICE OF HEARING IF OBJECTION IS FILED

Jeffrey Arnold Hall and Melba Jo Hall, debtors herein, have filed the following Motion with the court:

**MOTION TO REOPEN CASE FOR THE PURPOSE OF BRINGING A CONTEMPT ACTION TO ENFORCE THE DISCHARGE; MOTION FOR CONTEMPT SANCTIONS FOR VIOLATION OF DISCHARGE ORDER**

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the above referenced motion, or if you want the court to consider your views on the motion and your objection, then on or before

June 14, 2012

you or your attorney must:

File with the court a written objection explaining your position at:

United States Bankruptcy Court
P. O. Box 1347
Okmulgee, OK 74447

You must also mail a copy to the name and address listed at the bottom of this Notice unless they are served by electronic notice and,

attend the hearing scheduled to be held on July 11, 2012 **at 9:00 A.M. [in the U.S. Bankruptcy Courtroom 215, 4 and Grand Streets, Okmulgee, Oklahoma], th** if you file an Objection.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION, WILL ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION and WILL STRIKE THE ABOVE-SCHEDULED HEARING WITHOUT FURTHER NOTICE**

Dated: 6-4-12

_/s/ Jeffrey Arnold Hall_    _/s/ Melba J. Hall_
JEFFREY ARNOLD HALL & MELBA JO HALL, Debtors
PO BOX 60189
OKLAHOMA CITY, OK 73146

## DECLARATION IN SUPPORT OF DEBTOR'S MOTION FOR CONTEMPT SANCTIONS FOR VIOLATION OF DISCHARGE ORDER

I, Jeffrey Arnold Hall and I, Melba Jo Hall, declare as follows:

1. We are the debtors and movant in the above entitled and styled action.

2. All of the statements contained in the attached Motion For Contempt Sanctions For Violation Of Discharge Order are true and correct to the best of our information and belief.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on ~~May~~ Jun 4, 2012.

JEFFREY ARNOLD HALL
AND MELBA JO HALL, Declarants

3