**Dated: June 20, 2012**

**The following is ORDERED:**



Tom R Cornish

TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

JEFFREY ARNOLD HALL                    Case No. 11-81513-TRC
MELBA JO HALL                          Chapter 7

                    Debtors.

## ORDER REOPENING CASE

On the 20th day of June, 2012, the Motion to Reopen Case for the Purpose of Bringing a Contempt Action to Enforce the Discharge filed by the Debtors on June 4, 2012, (Docket Entry 37) came before this Court for consideration.

Upon review, the Court does hereby find:

1. After compliance with this Court's Local Rules allowing the appropriate objection time, no objections have been received to the relief requested in the Motion.

2. The Debtors seek to reopen this case for the purpose of filing a contempt action to enforce the discharge.

IT IS THEREFORE ORDERED that the Motion to Reopen Case for the Purpose of Bringing a Contempt Action to Enforce the Discharge filed by the Debtors is **granted** and the case is hereby reopened.

The Debtors are directed to serve notice of this Order Reopening and the Motion for Contempt Sanctions for Violation of Discharge Order filed May 14, 2012, with the Local Form 20C Notice of Motion and Notice of Deadline to File Objection to Motion and Notice of Hearing within **fourteen (14) days of the entry of this Order.** The United States Trustee is directed to reappoint a Trustee.

IT IS FURTHER ORDERED that the Trustee's Final Report will be due upon further Order of the Court.

ab

###