**Dated: June 21, 2012**

**The following is ORDERED:**



*Tom R. Cornish*
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

___

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: Jeffrey Arnold Hall | Case No: 11-81513-TRC |
| Melba Jo Hall | Chapter 7 |
| Debtor(s). | |

RE: Order Reopening Case

Filed: 6/20/12

Docket Entry No.:46

## ORDER

    Due to the Order Reopening Case (Docket Entry No. 46), filed on 6/20/12, the Debtor shall file a Local Form 20C Notice of Motion and file a Certificate of Mailing reflecting that the Order Reopening and the Motion for Contempt Sanctions for Violation of Discharge Order filed May 14, 2012, and the Local Form 20C were served on the proper parties within 14 days.

###

S:\SHARED\CMECF-WP ORDERS\GenericBKorder.wpd

Case 11-81513　　Doc 49　　Filed 06/21/12　　Entered 06/21/12 08:24:18　　Desc Main
Document - Order on Motion to Reopen Case　　Page 1 of 1