# Notice Recipients

District/Off: 1086–7     User: denise     Date Created: 6/21/2012
Case: 11–81513     Form ID: pdfpo     Total: 5

**Recipients of Notice of Electronic Filing:**
ust     Office of the US Trustee     USTPRegion20.TU.ECF@usdoj.gov
tr     Charles Greenough     charles.greenough@mcafeetaft.com
aty     Chris M. Hunt     chris@flynnlaw.net

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jeffrey Arnold Hall     P. O. Box 60189     Oklahoma City, OK 73146
jdb     Melba Jo Hall     P.O. Box 60189     Oklahoma City, OK 73146

TOTAL: 2