IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **In Re:** | ) | |
| **Jeffery A Hall** | ) | Case No.  11-81513 |
| **Melba Hall** | ) | Chapter 13 |
| Debtor(s). | ) | |

## WITHDRAWAL OF MOTION FOR CONTEMPT
## FOR VIOLATION OF DISCHARGE INJUNCTION

**COME NOW** the Debtors, by and through the counsel of record, Jerry L. Gunter, and respectfully request the Court withdraw Docket No 33, the Motion for Contempt for Violation of Discharge Injunction filed on May 14, 2012.

Debtors filed the Motion Pro Se and then after several months asked Counsel to assist them with prosecution of Suit.

After reviewing the facts of the case and issues that have arisen since Debtors filed the Motion for Contempt, Counsel has determined that it is best that the motion be withdrawn and a Complaint be filed.

**THEREFORE,** Debtors' counsel respectfully request the Court to withdraw Docket No 33, the Motion for Contempt for Violation on the Discharge Injunction filed on May 14, 2012.

Respectfully submitted,

/s/Jerry L. Gunter_____
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC.
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com