# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

In Re: Jeffrey Arnold Hall                    Case No. 11-81513-TRC
       Melba Jo Hall                         Chapter 7

          Debtor(s)

RE:     Withdrawal of Motion for Contempt for Violation of Discharge Injunction filed by the Debtors

Filed: 11/13/12

Docket Entry No. 63

## ORDER WITHDRAWING

        The above-referenced Withdrawal is approved. As a result, the Debtors' Motion for Contempt Sanctions for Violation of Discharge Order (Docket Entry 33) is deemed withdrawn. The Movant is directed to notify all interested parties of the entry of this Order.

        Dated this 14th day of November, 2012.

                                          /s/ Tom R. Cornish
                                          TOM R. CORNISH
                                          United States Bankruptcy Judge

